FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2021 AUG -4  PM 3 49

IN ADMIRALTY

IN THE MATTER OF THE COMPLAINT
OF AMI PROFESSIONAL GROUP, INC.
d/b/a ANNA MARIA ISLAND DOLPHIN
TOURS FOR EXONERATION FROM
OR LIMITATION OF LIABILITY AS
OWNER OF THE SALTY DOLPHIN III,
2018 CAROLINA SKIFF, HULL
IDENTIFICATION NUMBER –
EKHM0711E818

CASE NO.: 8:21 cv 1866 TPB-AAS

_____/

## COMPLAINT FOR EXONERATION
## FROM OR LIMITATION OF LIABILITY

AMI Professional Group, Inc. d/b/a/ Anna Maria Island Dolphin Tours

("AMI Dolphin Tours"), as owner of the "Salty Dolphin III", a 27', 2018 Carolina

Skiff, bearing Hull Identification # EKHM0711E818, files this Complaint for

Exoneration from or Limitation of Liability under 46 U.S.C. § 30501 *et seq.*, and

pursuant to Rule 9(h) and Supplemental Rule F of the Federal Rules of Civil

Procedure.  In support thereof AMI Dolphin Tours states the following:

### JURISDICTION AND VENUE

1.      This is a claim within the Court's admiralty and maritime jurisdiction

under 28 U.S.C. § 1333.  The events, acts and circumstances giving rise to this

action occurred over navigable waters of the United States.

TPA-64571
# 402

2.     At all times hereafter mentioned, AMI Dolphin Tours was and is a Florida corporation.

3.     AMI Dolphin Tours was and is an owner and charterer under 46 U.S.C § 30501 than mans, supplies, and navigates the 2018 Carolina Skiff bearing Hull Identification # EKHM0711E818 ("Salty Dolphin III") at its own expense or its own procurement.

4.     Currently, the Salty Dolphin III has not been attached or arrested, an no suit has been brought against AMI Dolphin Tours.  The Salty Dolphin III is within Manatee County, Florida, and therefore venue is proper under Supp. Rule F(9) in the Middle District of Florida.

5.     In a letter dated February 5, 2021, Claimant's attorney John H. Hickey notified AMI Dolphin Tours in writing that Deloris Henson suffered an injury while on board the Salty Dolphin III during a cruising tour on August 7, 2020. This Complaint is therefore timely filed pursuant to Supp. Rule F(1).

<strong>FACTS</strong>

6.     On August 7, 2020, Deloris Henson was a passenger on the Salty Dolphin III for a dolphin watching tour in the Intracoastal Waterway and Gulf of Mexico.  The dolphin tour was to begin and end at the marina located at 5325 Marina Drive, Holmes Beach, FL 34217.

7.     At approximately 2:40pm the Salty Dolphin III embarked heading north in the Intracoastal  Waterway near Sister Keys and Longboat Key.

8.      Just south of the red R-38 mile marker, a south bound white Regal vessel, approximately 40 – 50 feet long, with blue aft stripes and identified as "Cruising C's" ("Cruising C's") approached the Salty Dolphin III.

9.      Counsel for AMI Dolphin Tours' investigation confirmed that Cruising C's is a United States Coast Guard documented 2016 Regal with Hull Identification Number RGMKE101E617, owned by Joseph Curley whose resides in Cortez, Florida 34215.

10.     When Cruising C's was approximately 20 yards away from the Salty Dolphin III, it went from idle speed to a full plane producing a wake that sent several large waves toward the Salty Dolphin III.

11.     There was nowhere for the Salty Dolphin III to go, and an evasive maneuver was not possible.

12.     Deloris Henson was located on the bow of the Salty Dolphin III when the waves hit. She was thrown to the floor of the Salty Dolphin III and fractured her right ankle.

13.     An operator is responsible for his or her own wake and any damage or personal injury it may cause. Cruising C's produced the wake which caused Deloris Henson to fall and fracture her ankle.

14.     Cruising C's, and its owner, is therefore responsible for the injury to Deloris Henson.

15.     The injury to Deloris Henson was not caused or contributed to by any fault, neglect, or lack of care or design on part of AMI Dolphin Tours, the Salty

3

Dolphin III, its owner, operator, officers, crew, or others for whom AMI Dolphin Tours was or is responsible.

16.   The injury to Deloris Henson was not caused or contributed to by any unseaworthiness of the Salty Dolphin III.

17.   The Salty Dolphin III was not substantially damaged, lost, or abandoned.

18.   All losses, damages, injuries, and destructions resulting from the aforesaid casualty were done, occasioned and incurred without fault on the part of AMI Dolphin Tours and without AMI Dolphin Tours privity or knowledge.

**COUNT I**
**EXONERATION**

19.   AMI Dolphin Tours re-asserts the allegations of paragraphs 1 – 18 of this Complaint.

20.   At all times material hereto the Salty Dolphin III was in all respects, tight, strong, and properly manned, equipped and supplied and was in all respect seaworthy and fit for the service in which it was engaged.

21.   At all times material hereto, AMI Dolphin Tours exercised due diligence to make the Salty Dolphin III seaworthy in all respects and to properly man, equip, outfit and supply the Salty Dolphin III with suitable engines, machinery, apparel, appliances, personnel and other appropriate and necessary equipment, all in good condition and suitable for their intended operations.

4

22.     AMI Dolphin Tours III denies that it, the Salty Dolphin III, or any person or property for whom AMI Dolphin Tours may be responsible is liable to any extent and in that regard AMI Dolphin Tours claims exoneration from liability for all claims damages, and destruction done, occasioned or incurred by any reason of the aforesaid matters.

23.     There was no negligence on the part of AMI Dolphin Tours that caused or contributed to any alleged injury, loss, or damage sustained by Deloris Henson or any other potential claimant herein.

24.     At all times material hereto, AMI Dolphin Tours exercised reasonable case under the circumstances.

25.     At all times material hereto, The Salty Dolphin III was reasonably manned, utilized and operated.

26.     Under Supplemental Rule F(2), AMI asserts it is entitled to exoneration as the damage sustained by Deloris Henson or any other potential claimant arising from the August 7, 2020 dolphin watching tour was not the result of any fault or neglect attributable to AMI Dolphin Tours.

WHEREFORE, under Federal Rule of Civil Procedure, Supplemental Rule F(2), AMI Dolphin Tours must be exonerated from all fault and legal responsibility for the August 7, 2020 injuries.

## COUNT II
## LIMITATION OF LIABILITY

27.     AMI Dolphin Tours re-asserts the allegations of paragraphs 1 – 18 of this Complaint.

28.     Alternatively, AMI Dolphin Tours under 46 U.S.C. §§ 30505 and 30511, is entitled to limitation of liability in the amount or value of the interest of AMI Dolphin Tours in the Salty Dolphin III following the August 7, 2020 incident resulting in personal injuries or property damage or other potential claims arising from the August 7, 2020 incident.

29.     Deloris Henson is the only party known to have a potential claim at this time.

30.     The amount Deloris Henson may seek to recover from AMI Dolphin Tours may exceed the value of the Salty Dolphin III and freight.

31.     Immediately after the incident on August 7, 2020, and/or at the time of termination of the scheduled dolphin tour, AMI Dolphin Tours reasonably believes the vessel has a fair market value of approximately US $62,634.00. *See* Insurance Policy Declarations Page attached as Exhibit "A" and incorporated by reference. AMI Dolphin Tours interest in the vessel did not exceed the sum of US $62,634.00. Exhibit "A."

32.     AMI Dolphin Tours has filed contemporaneously herewith an *ad interim* stipulation in appropriate form, with an approved corporate surety, for payment into court of the amount of AMI Dolphin Tours' interest in the Salty

Dolphin III and pending freight. Immediately after the incident and/or at the close of its scheduled voyage, together with interest at the rate of six (6.00%) per annum, from the date of the *ad interim* stipulation, and for costs.

33.   AMI Dolphin Tours is prepared to give a bond or stipulation for any amount in excess of the *ad interim* stipulation as maybe ascertained and determined necessary by lawful order of this court as provided by the laws of the United States and the Federal Rules of Civil Procedure. In the event a payment is posted or an additional stipulation for value is filed, any previously posted *ad interim* stipulation for value should be considered void.

34.   The foregoing is true and correct within the admiralty and maritime jurisdiction of this Honorable Court, pursuant to Rule 9(f) and Supp. Rule F, Fed. R. Civ. P.

WHEREFORE, AMI Dolphin Tours prays:

a.   This Honorable Court enter an order approving the *ad interim* stipulation and the corporate surety filed by AMI Dolphin Tours for payment into the Court of AMI Dolphin Tours' interest in the Salty Dolphin III immediately after the incident and/or at the end of its scheduled vogue as described above, or such other amount which may be lawfully ordered by the Court, with interest as provided by law from the date of said stipulation.

b.   That on filing of the *ad interim* stipulation here-above described, the Court enter an order directing issuance of a notice to all

persons, firms and corporations claiming damage for any and all losses, damages destructions, deaths or injuries, resulting from the incident of August 7, 2020, admonishing each of them to file their claim with the Clerk of this Court and serve copies of said claim on the attorney for Plaintiff on or before the date fixed by the Court in the Notice or be forever barred or permanently enjoined from making or filing any such claims, to make due proof of their respective claims before this Court, and to appear and answer the allegations of this Complaint according to the law and rule and practices of this Court on or before a certain time to be fixed by the Notice.

c.    That on filing of the *ad interim* stipulation above-described, the Court enter an order staying prosecution of all suits and proceedings against AMI Dolphin Tours to recover damages allegedly arising out of or resulting from the incident of August 7, 2020, described above, and from this time forward, restraining commencement of any suit, action, or legal proceeding of any nature or description whatsoever against AMI Dolphin Tours or the Salty Dolphin III with respect to any claim arising out of the August 7, 2020 incident.

d.    That the court enter judgment that AMI Dolphin Tours and the Salty Dolphin III are not liable for any losses, damages, deaths, injuries, destruction or any other claim whatsoever arising out of the August 7, 2020 incident, or out of the voyage described herein, and

8

that accordingly, AMI Dolphin Tours be exonerated from any and all liability which has been or may be claimed against them as a result of the voyage and incident; in the alternative, if such liability is found to exist, that AMI Dolphin Tours' liability be limited to the amount of the value of the AMI Dolphin Tours' interest in the vessel and pending freight immediately after the above-mentioned incident on August 7, 2020; and that the money or security paid be divided pro rata among such claimants as may duly prove their claims before this Court, stating to all parties, any priorities they may be legally entitled to; and that a judgment and decree be entered discharging AMI Dolphin Tours and the Salty Dolphin III of and from all further liability and forever enjoining and prohibiting filing and prosecution of any claims against AMI Dolphin Tours or their property in consequence of or in connection with the matters and happenings referred to in this Complaint.

e.     AMI Dolphin Tours has such other and further relief, both equitable and general, to which it may show that it is justly entitled to receive.

Respectfully submitted,

E. H. "SKIP" EUBANKS, JR.
Florida Bar No.:  0612091
E-mail:  seubanks@rumberger.com
PATRICK M. DELANEY
Florida Bar No.:  85824
E-mail:  pdelaney@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300
*Attorneys for AMI Professional Group, Inc. d/b/a
Anna Maria Island Dolphin Tours*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2021, I filed the foregoing with the Clerk of the Court and I further certify that I mailed the foregoing document by first-class mail to the following: **John H. Hickey and Alejandra C. Bernadet, Hickey Law Firm, 1401 Brickell Avenue, Suite 510, Miami, Florida 33131.**

E. H. "SKIP" EUBANKS, JR.
Florida Bar No.:  0612091
E-mail:  seubanks@rumberger.com
PATRICK M. DELANEY
Florida Bar No.:  85824
E-mail:  pdelaney@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel:  407.872.7300
*Attorneys for AMI Professional Group, Inc. d/b/a
Anna Maria Island Dolphin Tours*