UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE COMPLAINT
OF AMI PROFESSIONAL GROUP, INC.
d/b/a ANNA MARIA ISLAND DOLPHIN
TOURS FOR EXONERATION FROM OR
LIMITATION OF LIABILITY AS OWNER
OF THE SALTY DOLPHIN III, 2018
CAROLINA SKIFF, HULL IDENTIFICATION
NUMBER – EKHM0711E818,

    Petitioner/Counter-Respondent,

v.                                                                                                  Case No. 8:21-cv-1866-TPB-AAS

DELORIS HENSON,

    Claimant/Third-Party Plaintiff,

v.

JOSEPH EUGENE SWEET and
JOSEPH J. CURLEY,

    Third-Party Respondents/
    Third-Party Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on May 24, 2022. (Doc. 52). Judge Sansone recommends that Petitioner Joseph Curley's motion for default judgment against all non-appearing potential claimants be granted, and a judgment of exoneration by default against all parties and

claimants having an interest in this matter as well as other claims, other than the claims filed by Claimant Carney in this proceeding. No objections to the report and recommendation were filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation. The Court agrees with Judge Sansone's well-reasoned factual findings and legal conclusions. Consequently, Petitioner Joseph Curley's motion for default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Sansone's report and recommendation (Doc. 52) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Petitioner Joseph Curley's motion for default judgment against all non-appearing potential claimants (Doc. 47) is hereby **GRANTED**.

(3) The Clerk is directed to enter a judgment of exoneration by default against all parties and claimants having an interest in this matter as well as any other potential claims, other than the claims filed by Claimant Carney in this proceeding.

(4) Petitioner Joseph Curley is exonerated from any responsibility, loss, damage, or injury from all claims arising out of the Incident involving the vessel on August 7, 2020, except for the claims timely filed by Claimants AMI and Ms. Henson.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of June, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**