**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN THE MATTER OF:
THE COMPLAINTOF AMI
PROFESSIONAL GROUP, INC.
d/b/a ANNA MARIA ISLAND DOLPHIN
TOURS FOR EXONERATION FROM OR
LIMITATION OF LIABILITY AS OWNER
OF THE SALTY DOLPHIN III, 2018
CAROLINA SKIFF, HULL IDENTIFICATION
NUMBER – EKHM0711E818,
_____/

Case No. 8:21-cv-1866-TPB-MRM

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Mac R. McCoy, United States Magistrate Judge, entered on August 30, 2022.  (Doc. 63).  Judge McCoy recommends that Petitioner AMI Professional Group, Inc.'s Motion for Entry of Default Judgment Against All Non-Claimants (Doc. 62) be granted and final default judgment be entered against all potential claimants who failed to file or otherwise state a claim by October 4, 2021. No objections to the report and recommendation were filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*,

993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge McCoy's report and recommendation, the Court adopts the report and recommendation.  The Court agrees with Judge McCoy's well-reasoned factual findings and legal conclusions.  Consequently, Petitioner AMI Professional Group, Inc.'s Motion for Entry of Default Judgment Against All Non-Claimants (Doc. 62) is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge McCoy's report and recommendation (Doc. 63) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Petitioner AMI Professional Group, Inc.'s Motion for Entry of Default Judgment Against All Non-Claimants (Doc. 62) is hereby **GRANTED**.

(3)   The Clerk is directed to enter default judgment against all persons and entities that have not filed a claim in this action by the October 4, 2021, deadline.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 22nd day of September, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**